**FILED**
MAY 0 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. Case No. **'08 MJ 8383** |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | Title 8, U.S.C., Section 1326 |
| Hugo GARCIA-Rizo, ) | Deported Alien Found In the United States |
| Defendant. ) | |

The undersigned complainant, being duly sworn, states:

On or about May 5, 2008, within the Southern District of California, defendant Hugo GARCIA-Rizo, an alien, who previously had been excluded, deported, or removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Senior Patrol Agent

SWORN TO BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 6th DAY OF MAY 2008.

_____
NITA L. STORMS
United States Magistrate Judge

Page 1

UNITED STATES OF AMERICA
v.
Hugo GARCIA-Rizo

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent, O. Sanchez, that the Defendant was found and arrested on May 5, 2008 west of the Calexico, California.

Agent Sanchez was performing his assigned Border Patrol duties approximately 10 miles west of Calexico, California. Agent Sanchez followed foot prints from a group of suspected illegal aliens that had absconded from a vehicle. Agent Sanchez encountered sixteen individuals hiding along a tree line, one later identified as Hugo GARCIA-Rizo. Agent Sanchez identified himself as a United States Border Patrol Agent and questioned GARCIA and the group as to their immigration status to be in the United States. All of the subjects stated that they were citizens of Mexico and illegally in the United States. GARCIA and the other subjects were placed under arrest and transported to the El Centro Border Patrol Station.

At the station, record checks revealed an Immigration Judge ordered GARCIA deported to Mexico from the United States on March 9, 2006. Record checks also revealed that GARCIA has an extensive criminal history.

There is no evidence GARCIA has sought or received permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States.